

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00176-CV
_____

LETHA BROWN, APPELLANT

V.

1016 CAMINO LA COSTA, LLC D/B/A VILLAS OF LA COSTA APTS, APPELLEE

On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court No. C-1-CV-22-004512, Honorable Todd T. Wong, Presiding

October 5, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Letha Brown, appeals from the trial court's *Order Granting Plaintiff's Traditional Motion for Summary Judgment and Final Judgment*.[1]  Brown's brief was originally due August 28, 2023, but was not filed.  By letter of September 7, 2023, we notified Brown that the appeal was subject to dismissal for want of prosecution, without

_____

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

further notice, if a brief was not received by September 18.  To date, Brown has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam